```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __11/18/2020__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACOB CARRASQUILLO,

      Plaintiff,

  -against-

CYNTHIA BRANN,

      Defendant.

20-CV-7778 (ALC)

ORDER OF SERVICE

**ANDREW L. CARTER, JR., United States District Judge:**

  Plaintiff, who is currently detained at the Anna M. Kross Center on Rikers Island, brings this *pro se* action alleging that officials failed to take steps necessary to stop the spread of COVID-19 when he was detained at the North Infirmary Command.[1] By order dated October 7, 2020, the Court granted Plaintiff's request to proceed without prepayment of fees, that is, *in forma pauperis*.[2]

  The Clerk of Court is directed to notify the New York City Department of Correction and the New York City Law Department of this order. The Court requests that Commissioner Cynthia Brann waive service of summons.

      [rest of page intentionally left blank]

---

[1] Judge Stanton severed the claims of other detainees who signed the letter. (ECF No. 2.)

[2] Prisoners are not exempt from paying the full filing fee even when they have been granted permission to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915(b)(1).

The Clerk of Court is further directed to mail a copy of this order to Plaintiff, together with an information package.

**SO ORDERED.**

Dated:   **November 18, 2020**
         **New York, New York**

                                                                    **ANDREW L. CARTER, JR.**
                                                                    **United States District Judge**