UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

JACOB CARRASQUILLO,

       Plaintiff,       1:20-cv-07778 (ALC)

   -against-          ORDER

CYNTHIA BRANN,

       Defendant.

------------------------------------------------------------ x

**ANDREW L. CARTER, JR., United States District Judge:**

  On July 29, 2024, the Court ordered Plaintiff to show cause by August 12, 2024 as to why this action should not be dismissed without prejudice for failure to prosecute the case pursuant to Fed. R. Civ. P. 41(b). ECF No. 23. Such showing was not made. Accordingly, this case is dismissed without prejudice for failure to prosecute pursuant to Fed. R. Civ. P. 41(b). *See LeSane v. Hall's Sec. Analyst, Inc.*, 239 F.3d 206, 209 (2d Cir. 2001) ("[I]t is unquestioned that Rule 41(b) also gives the district court authority to dismiss a plaintiff's case sua sponte for failure to prosecute . . .").

**SO ORDERED.**

Dated: December 2, 2024
     New York, New York

                   **ANDREW L. CARTER, JR.**
                   **United States District Judge**